# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| HAYAL AZIZ AHMED AL-MITHALI, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-cv-2186 (ESH) |
| | ) | |
| GEORGE W. BUSH *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Upon reviewing [153] petitioner's counsel's pending request to visit petitioner in Guantanamo Bay, Cuba, on March 10-12, 2009, the parties' mutual agreement, and in the interests of justice and judicial efficiency, it is hereby

**ORDERED** that all provisions of the Court's December 19, 2008 and January 9, 2009 Orders, as amended by this Court's February 2, 2009 Order, shall remain in effect with the following amendments to current due dates. It is further

**ORDERED**

1. On or before March 3, 2009, the government shall produce an unclassified version of the narrative section of the Statement of Facts, which was filed as a classified document on December 31, 2008.

2. On or before March 3, 2009, the government shall undertake declassification of all statements made by petitioner that are contained within the three documents identified by petitioner's counsel during the court proceeding held on January 30, 2009.

3. On or before March 3, 2009, the government shall produce all of the remaining discovery material which is presently due on February 9, 2009.

4. The status conference set for February 19, 2009, is hereby vacated. The next status conference shall be set for April 2, 2009 at 9:30 a.m.

**SO ORDERED.**

_____/s/_____
ELLEN SEGAL HUVELLE
United States District Judge


Date:   February 6, 2009